**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Kristina Kousherian (SBN 339717)
10866 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Attorneys for Plaintiff,
MAURICIO TRILNICK

**GORDON REES SCULLY MANSUKHANI, LLP**
Spencer P. Hugret (SBN 240424)
315 Pacific Avenue
San Francisco, California 94111
Attorneys for Defendant,
SKIER'S CHOICE, INC.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Amy M. Toboco (SBN 149508)
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Attorneys for Defendant,
TENNESSEE PROPULSION PRODUCTS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICIO TRILNICK,<br><br>Plaintiff,<br><br>vs.<br><br>SKIER'S CHOICE, INC., a Oklahoma Corporation and TENNESSEE PROPULSION PRODUCTS, LLC, a Tennessee Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00543-JAM-AC<br><br>Judge: Hon. John A. Mendez<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that MAURICIO TRILNICK ("Plaintiff") and SKIER'S CHOICE, INC. and TENNESSEE PROPULSION PRODUCTS, LLC ("Defendants") (collectively the "Parties") respectfully submit the following Joint Stipulation for Dismissal of the above captioned matter with prejudice.

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties.

The Parties stipulate that the Court shall retain jurisdiction of the matter, if necessary to effectuate the settlement agreement in this matter.

Dated: August 6, 2026 **CALIFORNIA CONSUMER ATTORNEYS**

*/s/ Kristina Kousherian*
Kristina Kousherian
Attorneys for Plaintiff,
MAURICIO TRILNICK

Dated: August 6, 2026 **GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Spencer P. Hugret*
Spencer P. Hugret
Attorneys for Defendant,
SKIER'S CHOICE, INC.

Dated: August 6, 2026 **NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Amy M. Toboco*
Amy M. Toboco
Attorneys for Defendant,
TENNESSEE PROPULSION PRODUCTS, LLC

**SIGNATURE ATTESTATION**

I hereby certify that the content of this document is acceptable to counsel for Defendants and that I have obtained Defendants' counsel's authorization to affix their electronic signature to this document.

Dated: August 6, 2026 **CALIFORNIA CONSUMER ATTORNEYS**

*/s/ Kristina Kousherian*
Kristina Kousherian
Attorneys for Plaintiff,
MAURICIO TRILNICK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICIO TRILNICK,<br><br>Plaintiff,<br><br>vs.<br><br>SKIER'S CHOICE, INC., a Oklahoma Corporation and TENNESSEE PROPULSION PRODUCTS, LLC, a Tennessee Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00543-JAM-AC<br><br>Judge: Hon. John A. Mendez<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

The stipulation is **APPROVED.** The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED WITH PREJUDICE**. Defendant Indmar Productions Co., Inc. never appeared. On the Court's own motion, Indmar Productions Co., Inc. is hereby **DISMISSED**. The Court retains jurisdiction of the matter if needed to effectuate the terms of the Parties' settlement agreement.

Dated: August 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE